IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Whittaker, et al., | No. CV-14-08113-PCT-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Midland Funding DE, LLC, | |
| Defendant. | |

Pursuant to Plaintiffs' Notice (Doc. 10),

**IT IS ORDERED** that this matter will is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 15th day of October, 2014.

Honorable Steven P. Logan
United States District Judge